UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIANNA MAYO, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | Case No. |
| CHARLES J. WARREN, III; | ) | |
| TYLER KINTZELE; JAMES | ) | |
| ISON; DUANE BURGESS; | ) | |
| MARK MYERS; GREENWOOD | ) | |
| POLICE DEPARTMENT; | ) | |
| JOHNSON COUNTY SHERIFF'S | ) | |
| DEPARTMENT; AND CITY OF | ) | |
| GREENWOOD, | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendants Duane Burgess and the Johnson County Sheriff's Department (collectively "Johnson County Defendants"), by counsel, pursuant to 28 U.S.C. § 1441 and 1446, notifies the court that the above captioned matter has been removed from the Marion County Indiana Superior Court, Civil Division, #2 under cause number 49D02-2312-CT-050134 (the "Lawsuit"), to this court for trial and determination. In support of this notice of removal, Johnson County Defendants state:

1. The Lawsuit was originally filed by filing of Plaintiff's Complaint on December 27, 2023.

2. The Lawsuit asserted state law causes of action for negligence (Counts I and III) and asserted a Federal cause of action under 42 U.S.C. § 1983 (Count II).

3.   A Copy of the Lawsuit which is attached hereto as Exhibit "A" was provided to the Johnson County Defendants on or about January 10, 2024 and along with a Motion for Pre-Trial Conference filed by the Plaintiff on January 15, 2024 (also attached hereto as part of Exhibit "A") constitute all process, pleadings and orders served upon the Johnson County Defendants in the Lawsuit.

4.   The Lawsuit is one which may be removed to this court by the Defendants pursuant to 28 U.S.C. § 1441 and 1446, and over which this court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that the matter in controversy arises under the laws of the United States, namely 42 U.S.C. § 1983. Specifically, 28 U.S.C. §§ 1441(a) and (b) provide that any civil action in a state court over which the district courts have original jurisdiction, as founded on a claim or right under the Constitution, shall be removable without regard to citizenship or residence of the parties. Removal herein is therefore effected under federal question jurisdiction.

5.   On January 16, 2024, the Defendants filed a copy of the "Filing of Notice of Removal of Civil Action" with the clerk of the Marion County Indiana Superior Court, Civil Division, Room #2, a copy of which is attached hereto as Exhibit "B". On the same date, the Johnson County Defendants served a copy of said pleading upon counsel for the plaintiff by operation of the Court's electronic filing system.

6.   As of the time of the filing of this notice, the CCS for the Lawsuit indicates that other than the Johnson County Defendants, Defendants Tyler Kintzele, James Ison, Mark Myers, Greenwood Police Department, and the City of Greenwood (hereinafter collectively referred to

as the "Greenwood Defendants") have been served and Defendant Charles J. Warren, III has not been served. All Defendants who are parties to this action who have been served (the Johnson County Defendants and the Greenwood Defendants) consent to this Notice. A copy of the written consent of the Greenwood Defendants is attached hereto and incorporated herein by reference as Exhibit "C".

Respectfully Submitted,

WILLIAMS BARRETT & WILKOWSKI, LLP

/s/Daniel J.  Paul
Daniel J. Paul, #20645-41
Attorney for Defendants

***WILLIAMS BARRETT & WILKOWSKI, LLP***
600 N. Emerson Avenue, P.O. Box 405
Greenwood, Indiana 46142-0405
Phone: (317) 888-1121; Fax: (317) 887-4069
Email: dpaul@wbwlawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following parties by placing a copy of same in the U.S. Mail, first class, postage prepaid, and by operation of the Court's electronic filing system if they have appeared in the Lawsuit (as defined above) this 16th day of January, 2024:

John McLaughlin
PARR RICHEY FRANDSEN PATTERSON KRUSE, LLP
225 West Main Street, P.O. Box
Lebanon, Indiana 46052
Email: jmclaughlin@parrlaw.com

Daniel M. Witte
TRAVELERS STAFF COUNSEL
INDIANA 280 East 96th Street, Suite 325
Indianapolis, Indiana 46240
dwitte@travelers.com

Charles J. Warren, III
846 North Chester Avenue
Indianapolis, Indiana 46201

s/ Daniel J. Paul
Daniel J. Paul, #20645-41
Attorney for Defendants

*WILLIAMS BARRETT & WILKOWSKI, LLP*
600 N. Emerson Avenue, P.O. Box 405
Greenwood, Indiana 46142-0405
Phone: (317) 888-1121; Fax: (317) 887-4069
Email: dpaul@wbwlawyers.com